JUDGE LEISURE

706503

07 CV 4836

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BALTA US INC.,                                          07 Civ.

            Plaintiff,

    -against-                                  **RULE 7.1 STATEMENT**

STAR SHIPPING A/S, M/S STAR HANSA,
her engines, boilers, etc., TRANSPAC
CONTAINER SYSTEM LTD doing business
as BLUE ANCHOR LINE, and KUEHNE &
NAGEL, INC.,

            Defendants.
------------------------------------x

RECEIVED
JUN 06 2007
U.S.D.C. S.D. N.Y.
CASHIERS

        Pursuant to Federal Rule of Civil Procedure 7.1 and to
enable District Judges and Magistrate Judges of the Court to
evaluate possible disqualification or recusal, the undersigned
counsel for plaintiff (a private non-governmental party)
certifies that the following are corporate parents, affiliates
and/or subsidiaries of said party, which are publicly held.

        Balta Industries NV

Dated:  Garden City, New York
        June 5, 2007

                                        _____
                                        Kenneth R. Feit (KF1742)

706503

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
BALTA US INC.,                                    07 Civ.

                    Plaintiff,

        -against-

STAR SHIPPING A/S, M/S STAR
HANSA, her engines, boilers,
etc., TRANSPAC CONTAINER
SYSTEM LTD. doing business
as BLUE ANCHOR LINE, and
KUEHNE & NAGEL, INC.,

                    Defendants.
--------------------------------x


**RULE 7.1 STATEMENT**


TELL, CHESER & BREITBART
320 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530
(516) 535-1550