**STATE OF NEW YORK**            UNITED STATES DISTRICT COURT
ATTORNEY(S): TELL, CHESER & BREITBART,
ADDRESS: 320 OLD COUNTRY ROAD, GARDEN CITY, NY 11530    PH#: 516-535-1550

---

BALTA US INC.

                                                Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 07 CV 4836
FILED ON:

vs

STAR SHIPPING A/S, M/S STAR HANSA, ET AL.

                                                 Defendant(s)/Respondent(s)

County of **Dekalb**, State of **Georgia**, I, **Earl Goyle** being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of _____
On **6-22-07** at **12:20 PM**
at **600 GALLERIA PARKWAY, ATLANTA, GA 30339**
deponent served the within **SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT WITH SUPPORTING DOCUMENT**
bearing Index # **07 CV 4836** and filed on _____
ON: **STAR SHIPPING A/S**

| | |
|---|---|
| INDIVIDUAL [ ] | by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| CORPORATION [X] | A **Domestic Corp.**, by delivering thereat a true copy of each to **Don Walden** personally, deponent knew said so served to be the **Authorized Agent** described as the named defendant and knew said individual to be the authorized agent thereof. |
| SUITABLE AGE PERSON [ ] | by delivering a true copy of each to _____ a person of suitable age and discretion Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. **I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.** |
| AFFIXING TO [ ] | by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat Day___ Date___ Time___ Day___ Date___ Time___ Day___ Date___ Time___ Day___ Date___ Time___ Verification: |
| MAILING COPY [ ] | Deponent's agent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [ ] place of employment at: **200 GALLERIA PARKWAY, ATLANTA, GA 30339** and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of _____ on _____. [ ] The mailing was made by certified mail (Receipt No._____) [ ] and with return receipt requested, and/ or First Class Mail, marked personal and confidential. |
| DESCRIPTION [X] | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex **M** Race/skin **W** Color of hair **Brn** Approx. Age **45** Approx. Height **6** Approx. weight **180** Other _____ |
| WITNESS FEES [ ] | $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient. |
| PHOTO [ ] | Deponent was able to identify recipient from annexed photo. |
| MILITARY SERVICE [ ] | Deponent asked person spoken to whether the recipient was presently in or dependent upon someone currently in military service of the United States Government or in the State of _____ and was informed he/she was not. |

Sworn to before me on this
**26th** day of **June** _____

[Notary seal: GEORGIA, NOV. 12, 2007, GWINNETT COUNTY PUBLIC]

Process Server's Lic #_____

NATIONWIDE PROCESS SERVICE
4250 Veterans Memorial Hwy. Suite 4000
HolBrook, NY 11741
631-981-4400

AZ
Client Reference #: STAR SHIPPING

InvoiceWorkOrder # 9776582