**STATE OF NEW YORK**             UNITED STATES DISTRICT COURT
ATTORNEY(S): TELL, CHESER & BREITBART,
ADDRESS: 320 OLD COUNTRY ROAD, GARDEN CITY, NY 11530   PH#: 516-535-1550

---

BALTA US INC.

                                                               **AFFIDAVIT OF SERVICE**
                              *Plaintiff(s)/Petitioner(s)*     INDEX #: 07 CV 4836
vs                                                                  FILED ON:

STAR SHIPPING A/S, M/S STAR HANSA, ET AL.

                                                    *Defendant(s)/Respondent(s)*

County of **Somerset**, State of **New Jersey** I, **Corinthian White** being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of **New Jersey**
On **6/20/07** at **11:03 Am**
at 10 EXCHANGE PLACE, JERSEY CITY, NJ 07302
deponent served the within **SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT WITH SUPPORTING DOCUMENT**
bearing Index # **07 CV 4836** and filed on _____
ON: **TRANSPAC CONTAINER SYSTEM dba BLUE ANCHOR LINE**

**INDIVIDUAL** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [X] A **domestic** _____, by delivering thereat a true copy of each to **Sylvia "Doe" Refused Last Name** personally, deponent knew said so served to be the **Human Resources Director** described as the named defendant and knew said individual to be the authorized agent thereof.

**SUITABLE AGE PERSON** [ ] by delivering a true copy of each to _____ a person of suitable age and discretion
Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.
**I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.**

**AFFIXING TO** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day___ Date___ Time___ Day___ Date___ Time___
Day___ Date___ Time___ Day___ Date___ Time___
Verification:

**MAILING COPY** [ ] Deponent's agent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [ ] place of employment at: 10 EXCHANGE PLACE, JERSEY CITY, NJ 07302 and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of ___ on ___.
[ ] The mailing was made by certified mail (Receipt No.___)
[ ] and with return receipt requested, and/ or First Class Mail, marked personal and confidential.

**DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Female** Race/skin **Hispanic** Color of hair **Brown** Approx. Age **40's** Approx. Height **5'4"**
Approx. weight **135 lbs** Other **glasses**

**WITNESS FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ] Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ] Deponent asked person spoken to whether the recipient was presently in or dependent upon someone currently in military service of the United States Government or in the State of ___ and was informed he/she was not.

Sworn to before me on this
**20** day of **June 2007**

*Karen Lee Swickle*
**KAREN LEE SWICKLE**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission Expires 1/7/2012**

Process Server's Lic #

NATIONWIDE PROCESS SERVICE
4250 Veterans Memorial Hwy. Suite 4000
HolBrook, NY 11741
631-981-4400
AZ
Client Reference #: STAR SHIPPING

InvoiceWorkOrder # 9776583