STATE OF NEW YORK — UNITED STATES DISTRICT COURT
ATTORNEY(S): TELL, CHESER & BREITBART,
ADDRESS: 320 OLD COUNTRY ROAD, GARDEN CITY, NY 11530   PH#: 516-535-1550

BALTA US INC.

Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 07 CV 4836
FILED ON:

vs

STAR SHIPPING A/S, M/S STAR HANSA, ET AL.

Defendant(s)/Respondent(s)

County of _Somerset_, State of _New Jersey_ I, _Corinthian White_, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of _New Jersey_
On _6/20/07_ at _11:03 Am_,
at 10 EXCHANGE PLACE, JERSEY CITY, NJ 07302
deponent served the within SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT WITH SUPPORTING DOCUMENT

bearing Index # _07 CV 4836_ and filed on _____
ON: KUEHNE & NAGEL, INC.

INDIVIDUAL [ ]  by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [X]  A _domestic_ _Sylvia "Doe" Refused Last Name_ _Human Resources Director_, by delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described as the named defendant and knew said individual to be the authorized agent thereof.

SUITABLE AGE PERSON [ ]  by delivering a true copy of each to _____ a person of suitable age and discretion Said premises is recipient's  [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.
I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.

AFFIXING TO [ ]  by affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day___ Date___ Time___ Day___ Date___ Time___
Day___ Date___ Time___ Day___ Date___ Time___
Verification:

MAILING COPY [ ]  Deponent's agent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known  [ ] residence  [ ] place of employment at: 10 EXCHANGE PLACE, JERSEY CITY, NJ 07302 and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of _____ on _____.
[ ] The mailing was made by certified mail (Receipt No._____)
[ ] and with return receipt requested,   and/   or First Class Mail, marked personal and confidential.

DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _Female_ Race/skin _Hispanic_ Color of hair _Brown_ Approx. Age _40's_ Approx. Height _5'4"_
Approx. weight _135 lbs_ Other _Glasses_

WITNESS FEES [ ]  $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
PHOTO [ ]  Deponent was able to identify recipient from annexed photo.
MILITARY SERVICE [ ]  Deponent asked person spoken to whether the recipient was presently in or dependent upon someone currently in military service of the United States Government or in the State of _____ and was informed he/she was not.

Sworn to before me on this
_21_ day of _June 2007_

_/s/ Karen Lee Swickle_

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

Process Server's Lic #

NATIONWIDE PROCESS SERVICE
4250 Veterans Memorial Hwy. Suite 4000
HolBrook, NY 11741
631-981-4400

AZ
Client Reference #: STAR SHIPPING

InvoiceWorkOrder # 9776584