

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BALTA US INC.,

                Plaintiff,

v.

STAR SHIPPING A/S, M/S STAR HANSA, her engines, boilers, etc., TRANSPAC CONTAINER SYSTEM LTD. doing business as BLUE ANCHOR LINE, and KUEHNE & NAGEL, INC.

                Defendants.

**CERTIFICATE OF MAILING**

07 CV 4836 (PKL)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**20th Day of July, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6th Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

BB 632 918 983

*J. Michael McMahon*
CLERK

Dated: New York, NY

LAW OFFICES

TELL, CHESER & BREITBART

320 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530

TELEPHONE (516) 535-1550
TELECOPIER (516) 535-1552
E-MAIL admin@tcbli.com

July 18, 2007

**By Hand Delivery**

J. Michael McMahon
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  Balta US Inc. v. Star Shipping A/S, M/S Star Hansa, her engines, boilers, etc., Transpac Container System Ltd. d/b/a Blue Anchor Line, and Kuehne & Nagel, Inc.
           Docket No.: 07 CV 4836 (PKL)
           Our File No.: 706503

Dear Hon. Clerk McMahon

    We represent plaintiff in the above referenced action, and request that you serve the summons and complaint pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Procedure on the following defendant:

      Star Shipping A/S
      P.O. Box 1088 Sentrum
      5809 Bergen Norway

    We enclose: (1) two copies of the summons and one copy of the complaint; (2) one envelope addressed to Start Shipping A/S; (3) a pink return receipt card (Postal Service form #2865) made out to Star Shipping A/S; (4) a white return receipt (Postal Service form #3806) made out to Star Shipping A/S. We also tender herewith cash in the amount of $~~14.10~~. $２０.００

TELL, CHESER & BREITBART

J. Michael McMahon
U.S. District Court
July 18, 2007
Page 2

We thank you for your assistance in effecting service of process.

Respectfully,

Kenneth R. Feit

| Registered No. RB632918983US | | | Date Stamp | |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | | 0004 |
| Handling Charge | $0.00 | Return Receipt $2.15 | · 10 | |
| Postage | $1.80 | Restricted Delivery $0.00 | 07/20/07 | |
| Received by | mL | | | |
| Customer Must Declare Full Value $ $0.00 | | With Postal Insurance ☐ / Without Postal Insurance ☒ | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

FROM: 10013
Tell, Cheser & Breitbart
320 Old Country Road
Garden City, NY 11530

TO: NO Star Shipping A/S
PO Box 1088 Sentrum
5809 Bergen Norway

PS Form 3806, Receipt for Registered Mail  Copy 1 - Customer
May 2004 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®