LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
STAR SHIPPING A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BALTA US INC.,

                            Plaintiff,              **ECF CASE**

      - against -                         07 Civ. 4836 (PKL)

STAR SHIPPING A/S, M/S STAR HANSA,
her engines, boilers, etc., TRANSPAC
CONTAINER SYSTEM LTD doing business
as BLUE ANCHOR LINE, and KUEHNE &
NAGEL, INC.,

                            Defendants.
------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant STAR SHIPPING A/S, certifies upon information and belief that said defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendant which are otherwise publicly held in the United States.

      Dated: November 15, 2007

                                                LYONS & FLOOD, LLP
                                                Attorneys for Defendant
                                                STAR SHIPPING A/S

                           By:   */s/ Kirk M. Lyons*
                                       Kirk M. Lyons (KL-1568)
                                       65 West 36th Street, 7th Floor
                                       New York, New York 10018
                                       (212) 594-2400