# LYONS & FLOOD, LLP
ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

**MEMO ENDORSED**

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS



RECEIVED
CHAMBERS OF

JUN 24 2008

PETER K. LEISURE
U.S.D.J.

June 23, 2008

**BY MESSENGER**

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/08

Re: Balta US Inc. v. Star Shipping A/S, et al.
    07 Civ. 4836 (PKL)
    Our file: 2563035

Dear Judge Leisure:

We are attorneys for defendants Star Shipping A/S in this action. With the consent of counsel for plaintiff, we write to request a thirty-day adjournment of the status conference presently scheduled for Thursday, June 26, 2008, at 10:00 a.m.

The reason for the request for an adjournment is to provide the parties with additional time to explore potential settlement. The parties would like to avoid the additional legal costs in attending a conference and agreeing to a formal discovery schedule in light of their settlement discussions.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By: *[signature]*
Kirk M. Lyons

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435  FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355  FAX: (203) 661-2577

**BY TELEFAX**  ·(516) 535-1552

cc:  Tell, Cheser & Breitbart
320 Old Country Road
Garden City, NY 11530

Attn: Kenneth R. Feit, Esq.

U:\kmhldocs\2563035\Correspondence\leisure 02 ltr.doc

The status conference is hereby adjourned to July 30, 2008 at 10:00 a.m.

SO ORDERED

*[signature]*
USDJ

- 2 -