# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

**MEMO ENDORSED**

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

July 25, 2008

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re:   Balta US Inc. v. Star Shipping A/S, *et al.*
      07 Civ. 4836 (PKL)
      Our file: 2563035

Dear Judge Leisure:

We are attorneys for defendants Star Shipping A/S in this action. With the consent of counsel for plaintiff, we write to request a further thirty-day adjournment of the status conference presently scheduled for July 30, 2008, at 10:00 a.m.

The parties are continuing to engage in settlement discussions and would prefer to avoid the additional legal costs in attending a conference and agreeing to a formal discovery schedule for the time being.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By: Jon Werner

*[Handwritten: The conference is adjourned to September 4, 2008 at 9:30 a.m.]*

7/28/08
SO ORDERED
*[Signature: Peter K. Leisure]*

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

- 2 -

**BY TELEFAX**                                    (516) 535-1552

cc:   Tell, Cheser & Breitbart
      320 Old Country Road
      Garden City, NY 11530

      Attn: Kenneth R. Feit, Esq.

U:\kmhldocs\2563035\Correspondence\leisure 03 ltr.doc